Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
DEYON LAMONT MOORE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEYON LAMONT MOORE ) | Case No.: 2:17-cv-01970-KJD-CWH |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND TIME |
| v. ) | TO FILE MOTION FOR |
| ) | REMAND/REVERSAL |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security. ) | (FIRST REQUEST) |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Deyon Lamont Moore and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from November 29, 2017 to January 3, 2018 for Plaintiff to file a Motion for Remand/Reversal, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly.

| | |
|---|---|
|1| This is Plaintiff's first request for an extension. Plaintiff's Of Counsel's |
|2| mother had an emergency surgery in the beginning of the year followed by second |
|3| surgery. Of Counsel's mother recovery process has taking longer than expected; |
|4| including hospitalizations in July, August, and October. Of Counsel sincerely |
|5| apologizes to this Court for any inconvenience this may cause. In addition, Of |
|6| Counsel has had to travel for some administrative hearings in the month of October |
|7| and November to Dallas, Texas; Las Vegas, Nevada; and New York, New York. |
|8| This request is made at the request of Plaintiff's Of Counsel to allow additional |
|9| time to fully research the issues presented. |
|10| DATE: November 29, 2017　　　　Respectfully submitted, |
|11| 　　　　　　　　　　　　　　　　LAWRENCE D. ROHLFING |
|12| 　　　　　　　　　　　　　　　　/s/ *Cyrus Safa* |
|13| 　　　　　　　　　　　BY: _____ |
|  | 　　　　　　　　　　　　Cyrus Safa |
|14| 　　　　　　　　　　　　Attorney for plaintiff Mr. Deyon Lamont Moore |
|  | Of Counsel: |
|15| Monica Perales |
|  | Attorney at Law |
|16|  |
|17|  |
|18| DATE:  November 29, 2017　　　STEVEN W. MYHRE |
|  | 　　　　　　　　　　　　　　　*United States Attorney* |
|19|  |
|20| 　　　　　　　　　　　　　　　/s/ *Richard Rodriguez* |
|21| 　　　　　　　　　　　BY: _____ |
|  | 　　　　　　　　　　　　Richard Rodriguez |
|22| 　　　　　　　　　　　　Special Assistant United States Attorney |
|  | 　　　　　　　　　　　　Attorneys for defendant Nancy A. Berryhill |
|23| 　　　　　　　　　　　　|*authorized by e-mail| |
|24| IT IS SO ORDERED. |
|25| DATED:  December 1, 2017 |
|26| _____ |
|  | C.W. HOFFMAN, JR. |
|  | UNITED STATES MAGISTRATE JUDGE　-2- |

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:17-CV-01970-KJD-CWH**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on November 29, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Monica Perales*
_____

Monica Perales
Attorneys for Plaintiff