UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEYON LAMONT MOORE, | Case No. 2:17-CV-01970-KJD-CWH |
| Plaintiff, | ORDER |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Before the Court for consideration is the Report and Recommendation (#21) of Magistrate Judge Carl W. Hoffman entered February 15, 2019, recommending that Plaintiff's Motion to Remand (#18) be denied and that Defendant's Cross-motion to Affirm (#19) be granted. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#21) of the United States Magistrate Judge entered February 15, 2019, should be **ADOPTED and AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#21) entered February 15, 2019, are **ADOPTED and AFFIRMED**;

IT IS FURTHER ORDERED that Plaintiff's Motion to Remand (#18) is **DENIED**;

IT IS FURTHER ORDERED that Defendant's Cross-motion to Affirm (#19) is **GRANTED**;

1 | IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for
Defendant and against Plaintiff.

DATED this 11th day of March 2019.

_____
The Honorable Kent J. Dawson
United States District Judge